Viola C. Drake, appellee, v. Charles B. Wood, appellant et al.
Harry C. Roberts, executor of the last will and testament of John P. Roberts, deceased, appellee, v. Charles B. Wood, appellant et al.
George H. Jeckel, appellee, v. Charles B. Wood, appellant et al.
Hazel L. Hanna, appellee, v. Charles B. Wood, appellant et al.
William T. Kunkel, appellee, v. Chares B. Wood, appellant et al.
Gen. No. 8,982.

Opinion filed June 3, 1936.
Rehearing denied October 6, 1936.

Todd, Morgan, Pendarvis & Arber, for appellant. Clifford M. Raemer, for co-party. Robert M. Culbertson, William A. Potts and Robert H. Allison, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Josephine M. Blumb, administratrix of the estate of Frank W. Blumb, deceased, appellee, v. Ben Getz, appellant. Gen. No. 8,987.

Opinion filed June 3, 1936. Rehearing denied October 6, 1936. Modified opinion filed October 9, 1936.

Clarence W. Heyl, for appellant. Cassidy & Knoblock, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Kaywin Kennedy, appellee, v. Grace H. Lang, appellant.
Lucy H. Darst, appellee, v. Rolla M. Darst, appellee. Gen. No. 8,976.

Opinion filed June 3, 1936.

Wayne C. Townley and J. Oscar Hall, for appellant. Whitmore & Whitmore, for certain appellee.

Mr. Justice Allaben delivered the opinion of the court.

Louise Lavin, appellee, v. Yellow Cab Company. Springfield Yellow Cab Company, Inc., appellant. Carl R. Ferguson, trading as Ferguson Grocery Company, defendant. Gen. No. 8,995.

Opinion filed June 3, 1936. Rehearing denied October 6, 1936.

Hodges & Tragethon, for appellant. Oscar J. Putting, for appellee.

Mr. Justice Allaben delivered the opinion of the court.